# KARAGHEUSIAN *v.* SAMAHA.

*Morimura* v. *Samaha, ante,* 189, followed.

No. 1452.   Submitted February 17, 1905.   Decided March 8, 1905.

HEARING on an appeal by the plaintiff from a judgment of the Supreme Court of the District of Columbia on the verdict of a jury in favor of the claimant in a proceeding by attachment and garnishment.                                   *Reversed.*

*Mr. Charles Cowles Tucker, Mr. J. Miller Kenyon,* and *Mr. H. W. Sohon* for the appellants.

*Mr. Jackson H. Ralston, Mr. F. L. Siddons,* and *Mr. Eugene A. Jones* for the appellee.

Mr. Chief Justice SHEPARD delivered the opinion of the Court:

This cause is of the same nature as No. 1451 (*ante,* 189), and, having been tried with it, the judgment will be reversed, with costs, for the reasons given in the opinion in that case; and the cause remanded, with direction to set aside the verdict and grant a new trial. It is so ordered.                    *Reversed.*